**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VALERIE JOIAKIM,

     Plaintiff,

v.                                           Case No. 10-11079
                                           Hon. Lawrence P. Zatkoff

COMMISSIONER OF
SOCIAL SECURITY

     Defendant.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on Magistrate Judge Hluchaniuk's Report and Recommendation [dkt 15], in which the Magistrate Judge recommends that the Court deny Plaintiff's motion for summary judgment [dkt 8] and grant Defendant's motion for summary judgment [dkt 13]. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has elapsed.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation [dkt 15] and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt 8] is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment [dkt 13] is GRANTED.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 25, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 25, 2011.

S/Marie E. Verlinde
Case Manager
(810) 984-3290

2